B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**TAWK DEVELOPMENT, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Falcon Landing** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**56-2579975** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5067 Madre Mesa Drive**<br>**#2069**<br>**Las Vegas, NV**        ZIP Code **89108** | Street Address of Joint Debtor (No. and Street, City, and State):       ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):       ZIP Code | Mailing Address of Joint Debtor (if different from street address):       ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7              ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9                  of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12            ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13                of a Foreign Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,    ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as            business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors** |

**Statistical/Administrative Information**                                           THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10) Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**TAWK DEVELOPMENT, LLC** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.
If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
- ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

- ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

- ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
- ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
- ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>(This page must be completed and filed in every case) | Name of Debtor(s):<br>**TAWK DEVELOPMENT, LLC** |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

**Talitha B. Gray, Esq. Nevada Bar No. 9040**
Printed Name of Attorney for Debtor(s)

**Gordon Silver**
Firm Name

**3960 Howard Hughes Parkway**
**Ninth Floor**
**Las Vegas, NV 89169**
Address

**(702) 796-5555**
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Michael S. Talbott_____
Signature of Authorized Individual

**Michael S. Talbott**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

_____
Date

## ACTION BY UNANIMOUS WRITTEN CONSENT OF THE MEMBERS OF TAWK DEVELOPMENT, LLC,
### a Nevada limited liability company

The undersigned, being the members (the "*Members*") of TAWK Development, LLC, a Nevada limited liability company (the "*Company*"), hereby ratify and adopt the following resolutions, effective as of the ____ day of January, 2011 (the "*Effective Date*"):

RESOLVED: Michael S. Talbott ("*Talbott*"), the manager of the Company, is hereby authorized to execute and file on behalf of the Company a petition for relief under Chapter 11 of Title 11 of the United States Code (the "*Bankruptcy Code*"), in the United States Bankruptcy Court for the District of Nevada (the "*Court*").

FURTHER RESOLVED: Talbott shall be designated as the natural person responsible for carrying out the duties of debtor and debtor-in-possession, including, but not limited to, executing all pleadings and paperwork required to effectuate the reorganization of the Company under the Bankruptcy Code. Notwithstanding the foregoing, the approval of the undersigned Members will be required to approve any plan of reorganization to be filed by the Company with the Court and/or any settlement and compromise with Aviva Real Estate Investors (Falcon Landing), LLC, a limited liability company, as successor in interest to Aviva Life and Annuity Company f/k/a Amerus Life Insurance Company.

FURTHER RESOLVED: The Members unanimously authorize, direct, and ratify the Company's hiring of the law firm of Gordon Silver to represent the Company in its bankruptcy case.

IN WITNESS WHEREOF, the undersigned Members have executed this consent as of the Effective Date.

TMF INVESTMENTS, LLC, a California
limited liability company

_____          _____
Michael S. Talbott, Manager,                            Scott Keller, an individual


_____
Leroy D. Wilder, Trustee of The Wilder
Family Trust dated May 17, 1996

## ACTION BY UNANIMOUS WRITTEN CONSENT OF THE MEMBERS OF TAWK DEVELOPMENT, LLC,
### a Nevada limited liability company

The undersigned, being the members (the "*Members*") of TAWK Development, LLC, a Nevada limited liability company (the "*Company*"), hereby ratify and adopt the following resolutions, effective as of the ____ day of January, 2011 (the "*Effective Date*"):

RESOLVED: Michael S. Talbott ("*Talbott*"), the manager of the Company, is hereby authorized to execute and file on behalf of the Company a petition for relief under Chapter 11 of Title 11 of the United States Code (the "*Bankruptcy Code*"), in the United States Bankruptcy Court for the District of Nevada (the "*Court*").

FURTHER RESOLVED: Talbott shall be designated as the natural person responsible for carrying out the duties of debtor and debtor-in-possession, including, but not limited to, executing all pleadings and paperwork required to effectuate the reorganization of the Company under the Bankruptcy Code. Notwithstanding the foregoing, the approval of the undersigned Members will be required to approve any plan of reorganization to be filed by the Company with the Court and/or any settlement and compromise with Aviva Real Estate Investors (Falcon Landing), LLC, a limited liability company, as successor in interest to Aviva Life and Annuity Company f/k/a Amerus Life Insurance Company.

FURTHER RESOLVED: The Members unanimously authorize, direct, and ratify the Company's hiring of the law firm of Gordon Silver to represent the Company in its bankruptcy case.

IN WITNESS WHEREOF, the undersigned Members have executed this consent as of the Effective Date.

TMF INVESTMENTS, LLC, a California
limited liability company

_____          _____
Michael S. Talbott, Manager,          Scott Keller, an individual

_____
Leroy D. Wilder, Trustee of The Wilder
Family Trust dated May 17, 1996

## ACTION BY UNANIMOUS WRITTEN CONSENT OF THE
## MEMBERS OF TAWK DEVELOPMENT, LLC,
### a Nevada limited liability company

The undersigned, being the members (the "*Members*") of TAWK Development, LLC, a Nevada limited liability company (the "*Company*"), hereby ratify and adopt the following resolutions, effective as of the ____ day of January, 2011 (the "*Effective Date*"):

RESOLVED: Michael S. Talbott ("*Talbott*"), the manager of the Company, is hereby authorized to execute and file on behalf of the Company a petition for relief under Chapter 11 of Title 11 of the United States Code (the "*Bankruptcy Code*"), in the United States Bankruptcy Court for the District of Nevada (the "*Court*").

FURTHER RESOLVED: Talbott shall be designated as the natural person responsible for carrying out the duties of debtor and debtor-in-possession, including, but not limited to, executing all pleadings and paperwork required to effectuate the reorganization of the Company under the Bankruptcy Code. Notwithstanding the foregoing, the approval of the undersigned Members will be required to approve any plan of reorganization to be filed by the Company with the Court and/or any settlement and compromise with Aviva Real Estate Investors (Falcon Landing), LLC, a limited liability company, as successor in interest to Aviva Life and Annuity Company f/k/a Amerus Life Insurance Company.

FURTHER RESOLVED: The Members unanimously authorize, direct, and ratify the Company's hiring of the law firm of Gordon Silver to represent the Company in its bankruptcy case.

IN WITNESS WHEREOF, the undersigned Members have executed this consent as of the Effective Date.

TMF INVESTMENTS, LLC, a California
limited liability company

_____   _____
Michael S. Talbott, Manager,   Scott Keller, an individual

_____
Leroy D. Wilder, Trustee of The Wilder
Family Trust dated May 17, 1996

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **TAWK DEVELOPMENT, LLC**  
                          Debtor(s)

Case No. _____  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Principal Financial Group<br>Dept. 400<br>P.O. Box 14416<br>Des Moines, IA 50306-3416 | Principal Financial Group<br>Dept. 400<br>P.O. Box 14416<br>Des Moines, IA 50306-3416 | | | 711,709.81 |
| Bart Walker<br>P.O. Box 35799<br>Las Vegas, NV 89133 | Bart Walker<br>P.O. Box 35799<br>Las Vegas, NV 89133 | | | 327,871.44 |
| Desert Inn Management<br>5067 Madre Mesa Drive<br>#2069<br>Las Vegas, NV 89108 | Desert Inn Management<br>5067 Madre Mesa Drive<br>#2069<br>Las Vegas, NV 89108 | | | 78,827.74 |
| Elliott, Lewis, Lieber & Stumpf, Inc.<br>1611 E. 4th Street<br>#200<br>Santa Ana, CA 92701 | Elliott, Lewis, Lieber & Stumpf, Inc.<br>1611 E. 4th Street<br>#200<br>Santa Ana, CA 92701 | | | 47,530.00 |
| Charles, Kane & Dye LLP<br>1920 Main Street<br>Ste. 1070<br>Irvine, CA 92614 | Charles, Kane & Dye LLP<br>1920 Main Street<br>Ste. 1070<br>Irvine, CA 92614 | | | 39,645.45 |
| Dan Marx<br>5067 Madre Mesa Drive #2069<br>Las Vegas, NV 89108 | Dan Marx<br>5067 Madre Mesa Drive #2069<br>Las Vegas, NV 89108 | | | 21,390.73 |
| Pro-Tect Security<br>3511 S. Eastern Avenue<br>Las Vegas, NV 89169 | Pro-Tect Security<br>3511 S. Eastern Avenue<br>Las Vegas, NV 89169 | | | 20,425.21 |
| Republic Services of Southern Nevada<br>Attn: Legal<br>18500 North Allied Way<br>Phoenix, AZ 85054 | Republic Services of Southern Nevada<br>Attn: Legal<br>18500 North Allied Way<br>Phoenix, AZ 85054 | | | 7,111.74 |
| Apartment Guide<br>P.O. Box 402039<br>Atlanta, GA 30384 | Apartment Guide<br>P.O. Box 402039<br>Atlanta, GA 30384 | | | 5,976.00 |

B4 (Official Form 4) (12/07) - Cont.
In re    **TAWK DEVELOPMENT, LLC**                                  Case No. _____
                             Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| NV Energy<br>Attn: Yvonne Enos, Legal Dept.<br>6226 West Sahara Avenue<br>Las Vegas, NV 89146 | NV Energy<br>Attn: Yvonne Enos, Legal Dept.<br>6226 West Sahara Avenue<br>Las Vegas, NV 89146 | | | 3,235.28 |
| Nevada Home Group<br>6985 W. Sahara Ave.<br>Las Vegas, NV 89117 | Nevada Home Group<br>6985 W. Sahara Ave.<br>Las Vegas, NV 89117 | | | 3,000.00 |
| A-1 National Fire Co., Inc.<br>4830 W. University Ave<br>Las Vegas, NV 89103 | A-1 National Fire Co., Inc.<br>4830 W. University Ave<br>Las Vegas, NV 89103 | | | 2,836.58 |
| Las Vegas Valley Water District<br>Attn: Lori Mitchell, Legal Dept.<br>1001 S. Valley View Blvd.<br>Las Vegas, NV 89153 | Las Vegas Valley Water District<br>Attn: Lori Mitchell, Legal Dept.<br>1001 S. Valley View Blvd.<br>Las Vegas, NV 89153 | | | 2,815.08 |
| Realty Pest Services<br>2250 E. Tropicana<br>#19-704<br>Las Vegas, NV 89119 | Realty Pest Services<br>2250 E. Tropicana<br>#19-704<br>Las Vegas, NV 89119 | | | 1,040.00 |
| HD Supply Facilities Maintenance<br>P.O. Box 509058<br>San Diego, CA 92150 | HD Supply Facilities Maintenance<br>P.O. Box 509058<br>San Diego, CA 92150 | | | 872.60 |
| AkzoNobel<br>P.O. Box 100145<br>Pasadena, CA 91189 | AkzoNobel<br>P.O. Box 100145<br>Pasadena, CA 91189 | | | 413.75 |
| Cherokee Blind & Door<br>4350 South Arville Blvd.<br>Ste.C-21<br>Las Vegas, NV 89103 | Cherokee Blind & Door<br>4350 South Arville Blvd.<br>Ste.C-21<br>Las Vegas, NV 89103 | | | 321.47 |
| Southwest Gas<br>Attn: Bankrtupcy Dept.<br>4300 West Tropicana Avenue<br>Las Vegas, NV 89103 | Southwest Gas<br>Attn: Bankrtupcy Dept.<br>4300 West Tropicana Avenue<br>Las Vegas, NV 89103 | | | 143.73 |
| Mobile Carpret & Upholsery Cleaning<br>6316 Anaconda Street<br>Las Vegas, NV 89108 | Mobile Carpret & Upholsery Cleaning<br>6316 Anaconda Street<br>Las Vegas, NV 89108 | | | 50.00 |
| BB&G Electric<br>3635 W. Twain Avenue<br>Las Vegas, NV 89103 | BB&G Electric<br>3635 W. Twain Avenue<br>Las Vegas, NV 89103 | | Disputed | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re  **TAWK DEVELOPMENT, LLC**  
                          Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    1/12/11            Signature   /s/ Michael S. Talbott  
                                                                       Michael S. Talbott  
                                                                       **Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Nevada

In re  **TAWK DEVELOPMENT, LLC**  
                                    Debtor(s)

Case No. _____  
Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **1/12/11**

_____  
Michael S. Talbott/Manager  
Signer/Title

A-1 National Fire Co., Inc.
Attn: Managing Member
4830 W. University Ave.
Las Vegas, NV 89103

AkzoNobel
Attn: Managing Member
P.O. Box 100145
Pasadena, CA 91189

Apartment Guide
Attn: Manaing Member
P.O. Box 402039
Atlanta, GA 30384

Aviva Real Estate Investors
c/o Susan G. Boswell
Quarles & Brady LLP
One South Church Avenue, Suite 1700
Tucson, AZ 85701-1621

Bart Walker
P.O. Box 35799
Las Vegas, NV 89133

BB&G Electric
Attn: Managing Member
3635 W. Twain Avenue
Las Vegas, NV 89103

Beauty & the Brush
Attn: Managing Member
5920 N. Jones Blvd.
Las Vegas, NV 89130

Charles, Kane & Dye LLP
Attn: Managing Member
1920 Main Street, Ste. 1070
Irvine, CA 92614

Cherokee Blind & Door
Attn: Managing Member
4350 South Arville Blvd., Ste.C-21
Las Vegas, NV 89103

City of Las Vegas-Sewer
Attn: Christine Wittwer, Services Div.
Finance and Business Services
400 Stewart Avenue, Third Floor
Las Vegas, NV 89101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Parkway
P.O. Box 551220
Las Vegas, NV 89155-1220

Corelogic Safe Rent
Attn: Managing Member
P.O. Box 402453
Atlanta, GA 30384

Dan Marx
5067 Madre Mesa Drive #2069
Las Vegas, NV 89108

Dependable Carpet Cleaning
Attn: Managing Member
71 Archer Glen
Henderson, NV 89002

Dept. of Employment, Training &
Rehabilitation, Employment Security Div.
500 East Third St.
Carson City, NV 89713

Desert Inn Management
Attn: Managing Member
5067 Madre Mesa Drive #2069
Las Vegas, NV 89108

Elliott, Lewis, Lieber & Stumpf, Inc.
Attn: Managing Member
1611 E. 4th Street #200
Santa Ana, CA 92701

HD Supply Facilities Maintenance
Attn: Managing Member
P.O. Box 509058
San Diego, CA 92150

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114-7346

Kemp, Jones & Coulthard, LLP
Attn: Managing Member
3800 Howard Hughes Pkwy., 17th Floor
Las Vegas, NV 89169

Las Vegas Valley Water District
Attn: Lori Mitchell, Legal Dept.
1001 S. Valley View Blvd.
Las Vegas, NV 89153

Marquis & Aurbach
Attn: Managing Member
10001 Park Run Drive
Las Vegas, NV 89145

Mobile Carpret & Upholsery Cleaning
Attn: Managing Member
6316 Anaconda Street
Las Vegas, NV 89108

Neil J. Beller, Ltd.
7408 W. Sahara Ave.
Las Vegas, NV 89117

Nevada Contract Carpet
Attn: Managing Member
6480 West Patrick Lane
Las Vegas, NV 89118

Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nevada Gypsum Floors, Inc.
Attn: Managing Member
3588 South Valley View Blvd.
Las Vegas, NV 89103

Nevada Home Group
Attn: Managing Member
6985 W. Sahara Ave.
Las Vegas, NV 89117

NV Energy
Attn: Yvonne Enos, Legal Dept.
6226 West Sahara Avenue
Las Vegas, NV 89146

Peachtree Business Products
Attn: Managing Member
P.O. Box 13290
Atlanta, GA 30324

People's Utility
Attn:  Robert Grubbs, Director
5310 West Sahara Avenue
Suite A
Las Vegas, NV 89146

Principal Financial Group
Attn: Managing Member
P.O. Box 14416, Dept. 400
Des Moines, IA 50306-3416

Pro-Tect Security
Attn: Managing Member
3511 S. Eastern Avenue
Las Vegas, NV 89169

Realty Pest Services
Attn: Managing Member
2250 E. Tropiciana #19-704
Las Vegas, NV 89119

Republic Services of Southern Nevada
Attn:  Legal
18500 North Allied Way
Phoenix, AZ 85054

Southern Nevada Eviction Services
Attn: Managing Member
501 S. 6th Street
Las Vegas, NV 89101

Southern Nevada Pest Control
Attn: Managing Member
4301 Production Court
Las Vegas, NV 89115

Southwest Gas
Attn:  Bankrtupcy Dept.
4300 West Tropicana Avenue
Las Vegas, NV 89103

State of Nevada Dept. of Motor Vehicles
Attention Legal Division
555 Wright Way
Carson City, NV 89711

United States Trustee
300 Las Vegas Blvd., S.
Suite 4300
Las Vegas, NV 89101